IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON L CALLIER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-23-CV-377-KC |
| | § | |
| MOMENTUM SOLAR LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER

On this day, the Court sua sponte considered the case. Pursuant to the Court's Standing Order on Pretrial Deadlines, the parties are required to confer for the purposes described in Federal Rule of Civil Procedure 26(f) within forty-five days after the appearance of a defendant. Defendant Momentum Solar LLC filed a Motion to Dismiss, ECF No. 7, on November 8, 2023. More than forty-five days have passed since that appearance, and the Court has received no notice of the parties' meeting.

Accordingly, the Court **ORDERS** the parties to meet, confer, and submit a joint report of parties' planning meeting as specified in the Court's Standing Order on Pretrial Deadlines **no later than January 16, 2024**.

SO ORDERED.

SIGNED this 2nd day of January, 2024.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE