UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>      Plaintiff,<br><br>v.<br><br>MOMENTUM SOLAR LLC,<br><br>      Defendant. | Civil Docket No. EP-3-23-cv-00377-KC |

**DEFENDANT MOMENTUM SOLAR, LLC'S**
**NOTICE OF SERVICE OF DISCOVERY RESPONSES**

Defendant Momentum Solar, LLC hereby gives notice of service of the following discovery responses to Plaintiff served March 13, 2024:

1.  Defendant Momentum Solar LLC's Answers and Objections to Plaintiff's First Set of Interrogatories;

2.  Defendant Momentum Solar LLC's Responses and Objections to Plaintiff's First Set of Requests for Production; and

3.  Defendant Momentum Solar LLC's Response and Objections to Plaintiff's First Set of Requests for Admission.

Respectfully submitted,

*/s/ Erin Garza Kessinger*
Erin Garza Kessinger
State Bar No. 24105990
FOX ROTHSCHILD LLP
Saint Ann Court
2501 N. Harwood, Suite 1800
Dallas, Texas 75201
972/991-0889
972/404-0516 Telecopier
ekessinger@foxrothschild.com
**ATTORNEYS FOR DEFENDANT**

Pg. 2

## CERTIFICATE OF SERVICE

  The undersigned certified that on March 13, 2024, I served a true and correct copy of the foregoing on Plaintiff under the Federal Rules of Civil Procedure, as follows:

**<u>*Via* E-Mail and First Class Mail</u>**
Brandon Callier
6336 Franklin Trail
El Paso, Texas 79912
Callier74@gmail.com
*Pro Se Plaintiff*

               */s/ Erin Garza Kessinger*
               Erin Garza Kessinger